# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19MJ03067 |
| | : | |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE |
| -vs- | : | THOMAS M. PARKER |
| | : | |
| AUSTYN KEATON, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Carolyn M. Kucharski, enters a Notice of Appearance of Counsel on behalf of the Defendant, Austyn Keaton in the above-captioned case. Please add Carolyn M. Kucharski to the docket as lead counsel for Mr. Keaton and remove former counsel Jacqueline A. Johnson from receiving any further ECF notifications. Please forward all Court notifications, correspondence and pleadings to the address listed below.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/CAROLYN M. KUCHARSKI*
Assistant Federal Public Defender
Ohio Bar: 0062119
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: carolyn_kucharski@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, a copy of the foregoing Notice of Appearance of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/CAROLYN M. KUCHARSKI*
Assistant Federal Public Defender
Ohio Bar: 0062119